| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| 24-06355 BKMFR01<br>BROCK & SCOTT, PLLC<br>302 Fellowship Rd, Suite 130<br>Mount Laurel, NJ 08054<br>(844) 856-6646<br>Attorneys for Freedom Mortgage Corporation |
| In Re:<br><br>DEMETRIUS CALVIN ANDREWS, SR |

Case No: 24-11420-SLM

Hearing Date: TBD

Judge: STACEY L. MEISEL

Chapter: 13

## CERTIFICATION OF CREDITOR REGARDING POST PETITION PAYMENT HISTORY (NOTE AND MORTGAGE DATED MARCH 11, 2019)

I, _Maria McDuitt_, employed as _Bankruptcy Supervisor_ by Freedom Mortgage Corporation, hereby certifies the following:

Mortgage Recorded March 14, 2019, in Hudson County, in Book 19347, Page 187

Property Address: 23 West 49th St, Bayonne, NJ 07002

Mortgage Holder: Freedom Mortgage Corporation

Mortgagor(s)/Debtor(s): Cheryl Patricia Manuel, Demetrius C. Andrews and Clarissa Young

POST-PETITION PAYMENTS (Petition filed on February 14, 2024)

| Amount Due | Date Payment Was Due | How Payment Was Applied (Mo./Yr.) | Amount Received | Date Payment Received | Check or Money Order Number |
| --- | --- | --- | --- | --- | --- |
| $3,377.31 | 03/01/2024 | - | $0.00 | - | |
| $3,377.31 | 04/01/2024 | - | $0.00 | - | |
| $3,377.31 | 05/01/2024 | - | $0.00 | - | |
| TOTALS: $10,131.93 | | | $0.00 | | |

Monthly payments due: 3 mos.@ $3,377.31 (03/01/2024 – 05/01/2024) = $10,131.93 as of May 2, 2024

24-06355 BKMFR01

Each current monthly payment is comprised of:

| | | |
|---|---|---|
| Principal | ......... | $2,036.92 |
| Interest | ......... | Included in the above figure |
| R.E. Taxes | ......... | $0.00 |
| Insurance | ......... | $0.00 |
| Late Charge | ......... | $0.00 |
| Other | ......... | $1,340.39    (Specify: Escrow) |
| TOTAL | ......... | $3,377.31 |

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary): N/A

Pre-petition arrears: N/A

I certify under penalty of perjury that the above is true.

Date: May 14 2024

Signature *[signed]* Maria Malcott

Freedom Mortgage Corporation

24-06355 BKMFR01